UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| OMAR ALZEIDYEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-CV-373-KAC-DCP |
| | ) |
| NASHVILLE WIRELESS INC., and | ) |
| BEWAR MOHAMAD, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Motion to Withdraw as Attorney of Record [Doc. 18], filed by Plaintiff's counsel, James W. Friauf with The Law Office of James W. Friauf ("Movant"). Movant states that on May 21, 2025, Plaintiff discharged him [*Id*. at 1]. Included in his motion is Plaintiff's Affidavit Consenting to Motion for Permission to Withdraw as Counsel of Record [Doc. 18-1].

Pursuant to Local Rule 83.4, in order to withdraw from a case, an attorney must do the following:

> (1) File a motion with the Court requesting permission to withdraw as counsel of record;
>
> (2) Include in the motion the current mailing address and telephone number of the client;
>
> (3) Unless the motion is signed by both the attorney and the client or a consent to the withdrawal signed by the client is attached to the motion, provide a copy of the motion to the client at least 14 days prior to the date the motion is filed;
>
> (4) If a hearing date on the motion is set, certify in writing to the Court that the client was served at least 7 days before the

> hearing with notice (i) of the date, time, and place of hearing and (ii) that the client as a right to appear and be heard on the motion; and
>
> (5) Certify to the Court that the above requirements have been met.

The Court finds that Movant's motion complies with the Local Rules. Given that, the Court **GRANTS** [**Doc. 18**] his request to withdraw from representing Plaintiff. The Court expects Movant to provide copies of any relevant documents to any future counsel for Plaintiff or directly to Plaintiff upon request. Movant is **RELIEVED** of his duties as counsel in this case.

Plaintiff is hereby **ADMONISHED** that he is **DEEMED** to be proceeding *pro se*. Until he obtains substitute counsel, it is his obligation to stay up to date on the status of this case and comply with the deadlines set by the Court. Likewise, if he elects to proceed in this case without an attorney, he is responsible for complying with all deadlines set by the Court and responding to any requests for relief by other parties, *see* E.D. Tenn. L.R. 7.1. Plaintiff, like any other party, will be expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders.

The Clerk of Court is **DIRECTED** to mail a copy of this Memorandum and Order to Plaintiff at the address provided in the motion and to update ECF accordingly.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge